■ In the Matter of ARTHUR W. BAILY, an Attorney. [617 NYS2d 640] —Motion to extend the effective date of the order of suspension granted only insofar as to extend the effective date of this Court's order of suspension from September 6, 1994 until September 30, 1994. Concur—Murphy, P. J., Sullivan, Carro, Rosenberger and Ellerin, JJ.